P.O. Box 989728
West Sacramento, CA 95798-9728



Jason Salazar
1013 W Calle Jose Pablo
Espanola, NM 87532-3640



Enrollment Code: ABMACJ75E5
To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://response.idx.us/tc

November 6, 2024

Dear Jason Salazar,

We are writing this letter to notify you about a recent data incident that involved your personal information. Thompson Coburn LLP is legal counsel to Presbyterian Healthcare Services in various matters. As part of those services, Thompson Coburn received some of your information. This letter contains details about this incident, steps you can take to protect your information and resources we are making available to help you.

**What Happened?** On May 29, 2024, Thompson Coburn became aware of suspicious activity within our network. We immediately launched an investigation with the assistance of third-party forensic specialists. The investigation determined that certain information stored within our environment was viewed or taken by an unauthorized actor between May 28, 2024, and May 29, 2024. A detailed review of the affected files began and through that review, we determined that certain of your information was contained within those files.

**What Information Was Involved?** Our review determined that the information that may have been involved includes: your name, medical record number, patient account number, prescription/treatment information, clinical information, and medical provider information. The unauthorized access to your information did **NOT** involve your Social Security number or financial or credit card account information. Please note that Thompson Coburn is not aware of any attempted or actual use or misuse of your information or that your information was used to commit identity theft or fraud.

**What We Are Doing.** The confidentiality of information in our care is of utmost importance to us. We took appropriate measures to promptly address this incident and implemented additional security enhancements to further protect this information. Although there is no indication that any of your information has been used or misused and even if the risk of misuse may be low, to help protect you from any potential negative consequences from this incident, we are offering you immediate access to credit monitoring and identity theft protection services for twelve (12) months at no cost to you, through IDX. You can find information on how to enroll in these services in the enclosed *Steps You Can Take to Help Protect Personal Information*. We encourage you to enroll in these services, as we are not able to do so on your behalf.

**What You Can Do.** As a precaution, it is a good practice to remain vigilant against this type of cyber incident by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. Additional information about the steps you can take is contained in the enclosed *Steps You Can Take to Help Protect Personal Information*.