**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JASON SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP, and PRESBYTERIAN HEALTHCARE SERVICES,<br><br>Defendants. | Civil Action No. 4:24-cv-1509 |
| KRISTIN TAFOYA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP, and PRESBYTERIAN HEALTHCARE SERVICES,<br><br>Defendants. | Civil Action No. 4:24-cv-1513 |
| DENISE SANDOVAL DURAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP, and PRESBYTERIAN HEALTHCARE SERVICES,<br><br>Defendants. | Civil Action No. 4:24-cv-1518 |

| | |
|---|---|
| HEIDI MATHIASEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP,<br><br>Defendant. | Civil Action No. 4:24-cv-1522 |
| PAULA ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP, and PRESBYTERIAN HEALTHCARE SERVICES,<br><br>Defendants. | Civil Action No. 4:24-cv-1529 |
| M.R., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THOMPSON COBURN, LLP,<br><br>Defendant. | Civil Action No. 4:24-cv-01536 |

2

JOHNNY MADRID
as next of friend for D.L., a minor,
individually and on behalf of all others
similarly situated,

         Plaintiff,

v.

THOMPSON COBURN, LLP, and
PRESBYTERIAN HEALTHCARE
SERVICES,

         Defendants.

Civil Action No. 4:24-cv-1542

---

MARY MARTINEZ, individually and on
behalf of all others similarly situated,

         Plaintiff,

v.

THOMPSON COBURN, LLP, and
PRESBYTERIAN HEALTHCARE
SERVICES,

         Defendants.

Civil Action No. 4:24-cv-1573

**[PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING INTERIM CLASS COUNSEL**

Before the Court is Plaintiffs' Unopposed Motion for Consolidation (the "Motion") (ECF No. __). Upon consideration of the Motion, the Court having reviewed the pleadings filed by Plaintiffs Jason Salazar, Kristin Tafoya, Denise Sandoval Duran, Heidi Mathiasen, Paula Ortiz, M.R., Johnny Madrid (as next of friend for D.L., a minor), and Mary Martinez (collectively, "Plaintiffs"), Fed. R. Civ. P. 42(a), Fed. R. Civ. P. 23(g), and the Manual for Complex Litigation, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

3

**IT IS HEREBY ORDERED THAT:**

1.    The following eight related cases (the "Related Cases") are pending in this District:

   a.  *Salazar v. Thompson Coburn LLP et al.*, No. 4:24-cv-1509 (the "*Salazar* Action");

   b.  *Tafoya v. Thompson Coburn LLP et al.*, No. 4:24-cv-1513 (the "*Tafoya* Action");

   c.  *Duran v. Thompson Coburn LLP et al.*, No. 4:24-cv-1518 (the "*Duran* Action");

   d.  *Mathiasen v. Thompson Coburn LLP*, No. 4:24-cv-1522 (the "*Mathiasen* Action");

   e.  *Ortiz v. Thompson Coburn LLP et al.*, No. 4:24-cv-1529 (the "*Ortiz* Action");

   f.  *M.R. v. Thompson Coburn LLP*, No. 4:24-cv-01536 (the "*M.R.* Action");

   g.  *Madrid v. Thompson Coburn LLP et al.*, No. 4:24-cv-1542 (the "*Madrid* Action"); and

   h.  *Martinez v. Thompson Coburn LLP et al.*, No. 4:24-cv-1573 (the "*Martinez* Action").

2.    The Related Cases are consolidated (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

3.    To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Master Case No. 4:24-cv-1509, the number assigned to the first-filed case and reflect the following caption:

4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION<br><br>This Document Relates To: | Master File No. 4:24-cv-1509 |

4.      The case file for the Consolidated Action will be maintained under Master Case No. 4:24-cv-1509 (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "4:24-cv-1509 (Salazar)".

5.      Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Consolidated Action shall be related to and consolidated with the Consolidated Action. Plaintiffs and Defendants shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

6.      If the Court determines that the case is related, the clerk shall:

a.      Place a copy of this Order in the separate file for such action;

b.      Serve on Plaintiffs' counsel in the new case a copy of this Order;

c.      Direct that this Order be served upon defendant(s) in the new case; and

d.      Make an appropriate entry in the Lead Case's docket.

5

7.      Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence, and e-filed in Lead Case No. 4:24-cv-1509 within thirty (30) days after the date the Court enters this Order.

8.      Having given due consideration to the relevant factors set forth in Federal Rule of Civil Procedure 23(g)(1) and (4), including Rule 23(g)(1)(A)(i)-(iv), and finding that the proposed counsel meet the adequacy requirements thereunder, Jeff Ostrow of Kopelowitz Ostrow P.A., Raina Borrelli of Strauss Borrelli PLLC, and Norman E. Siegel of Stueve Siegel Hanson, are appointed as Plaintiffs' Interim Co-Lead Counsel, in accordance with Rule 23(g)(3).

9.      Plaintiffs' Interim Co-Lead Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class and to provide general supervision of the activities of Plaintiffs' counsel in the Consolidated Action. Specifically, Interim Co-Lead Counsel shall have the following responsibilities, duties and sole authority to:

a.      Draft and file the master consolidated complaint, and have final authority regarding what claims and parties are to be included;

b.      Determine and present in pleadings, briefs, motions, oral argument, or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs and the putative class on matters arising during the pretrial proceedings;

c.      Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Missouri;

d.      Consult with and employ consultants and/or expert witnesses;

e.      Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

f.  Conduct all pre-trial proceedings on behalf of Plaintiffs and the putative class;

g.  Enter into stipulations and agreements with Defendant;

h.  Sign all papers filed on behalf of Plaintiffs and the putative class;

i.  Convene meetings of all Plaintiffs' counsel, as necessary;

j.  Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

k.  Conduct settlement negotiations with Defendant;

l.  Maintain an up-to-date service list of all Plaintiffs' counsel for all consolidated cases, and promptly advise the Court and Defendant's counsel of changes thereto;

m.  Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from Defendant's counsel or the Court that are not electronically filed;

n.  Appear at Court-noticed status conferences and hearings;

o.  Be the contact persons for all Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

p.  Delegate specific tasks to other Plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently, and economically;

q.  Otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Interim Co-Lead Counsel deem necessary to advance the litigation or as authorized by further Order of the Court;

r.  Fund the necessary and appropriate costs of discovery and other common benefit efforts; and

s.  Perform such other functions as necessary to effectuate these responsibilities or as may be expressly authorized by further Order of the Court.

10.  Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, Terrence

R. Coates of Markovits, Stock & DeMarco, LLC, Michael Liskow of George Feldman McDonald,

PLLC, Maureen Brady of McShane & Brady, LLC, Jessica A. Wilkes of Federman & Sherwood, and Leigh S. Montgomery of EKSM, LLP are appointed to the Plaintiffs' Executive Committee to assist Interim Co-Lead Counsel with the responsibilities listed above.

11.     The mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

12.     Plaintiffs shall file a Consolidated Class Action Complaint no later than 30 days following the entry of an order appointing Interim Class Counsel, which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

13.     Defendants' deadline to respond to the Consolidated Class Action Complaint shall be 30 days after it is filed, and if the response(s) are motion(s) to dismiss, Plaintiffs shall have until 30 days thereafter to respond to the motion(s) to dismiss and Defendants shall have an additional 20 days to file a reply(ies) in support of their motion(s).

14.     This Order shall apply to the above-listed Related Cases, any subsequently consolidated action, any actions consolidated with the above-listed Related Cases, and any actions filed in or transferred or removed to this Court relating to the same common nucleus of alleged facts and the data incident underlying this litigation.

15.     Interim Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related case to the extent that Interim Class Counsel are aware of any

such action(s) and on all attorneys for plaintiffs whose cases may subsequently be consolidated

with the above actions but who have not yet registered for CM/ECF.

**IT IS SO ORDERED**

Dated this 21st day of January, 2025.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE