**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION, | )  Master File No. 4:24-cv-1509 |
| | ) |
| | ) |
| | ) |
| This Document Relates To: All Matters | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**DEFENDANT PRESBYTERIAN HEALTHCARE SERVICES' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Presbyterian Healthcare Services ("PHS") respectfully moves this Court to dismiss Plaintiffs' Consolidated Class Action Complaint with prejudice as to all claims against PHS for failure to state a claim upon which relief can be granted.  In support of this Motion, PHS submits the accompanying Memorandum of Law and Exhibit thereto.

Dated: March 24, 2025

Respectfully Submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ *Christopher Nease*
Christopher Nease (MO Bar No. 57327)
700 Louisiana Street
Suite 4000
Houston, TX 77002
Tel: 713.576.2400
Fax: 713.576.2499
chris.nease@arnoldporter.com

Kenneth L. Chernof (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: 202.942.5000
Fax: 202.942.5999
ken.chernof@arnoldporter.com

Daniel E. Raymond (*pro hac vice*)
70 West Madison Street
Suite 4200
Chicago, IL 60602
Tel: 312.583.2300
Fax: 312.583.2360
daniel.raymond@arnoldporter.com

*Counsel for Defendant Presbyterian Healthcare Services*