**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION<br><br>This Document Relates To: All Matters | Master Case No. 4:24-cv-1509 |

**THOMPSON COBURN LLP's MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Thompson Coburn LLP

("Thompson Coburn"), through undersigned counsel, respectfully moves to dismiss Plaintiffs'

Consolidated Class Action Complaint ("Complaint") with prejudice as to all claims against

Thompson Coburn for failure to state a claim upon which relief can be granted.  In support of this

motion, Thompson Coburn submits the accompanying Memorandum of Law and exhibits thereto.

Dated:  March 24, 2025

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Jason Winslow*_____
Jason Winslow
211 North Broadway
Suite 2150
St. Louis MO 63102
(314) 797-7703
jwinslow@grsm.com

Justin M. Holmes (*pro hac vice* forthcoming)
Three Logan Square, 1717 Arch Street,

Suite 610,
Philadelphia, PA 19103
Tel: 212.453.0787
jholmes@grsm.com

Brian E. Middlebrook (*pro hac vice* forthcoming)
Alexandra Mormile (*pro hac vice* forthcoming)
One Battery Park Plaza,
28th Floor
New York, NY 10004
Tel: 212.269.5500
bmiddlebrook@grsm.com
amormile@grsm.com

*Counsel for Defendant Thompson Coburn LLP*