**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION, | ) ) | Master Case No. 4:24-cv-1509 |
| This Document Relates to: All Matters | ) | |
| | ) | |
| | ) | |
| | ) | |

**GORDON REES' MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL**

Jason Winslow of the law firm Gordon Rees Scully Mansukhani, LLP (collectively, "Gordon Rees") files this motion to withdraw as counsel of record for Defendant Thompson Coburn LLP ("Defendant") and to substitute counsel.  In support of this Motion, Gordon Rees states as follows.

1. Mr. Winslow is currently designated as attorney of record for Defendant.

2. Defendant has retained Robb Hellwig of the law firm Stone, Leyton & Gershman, P.C. and Kristine Brown and Donald Houser of the law firm Alston & Bird LLP as substitute counsel, in the place of Gordon Rees.

3. Accordingly, Gordon Rees seeks to withdraw Mr. Winslow as counsel of record and to substitute Mr. Hellwig, Ms. Brown, and Mr. Houser.

4. Local Rule 12.02 adopts the Rules of Professional Conduct adopted by the Supreme Court of Missouri, which in turn provide that "a lawyer may withdraw from representation of a client if the withdrawal will not produce a material adverse effect on the interests of the client." *See Peterson v. Nationwide Ins. Co. of Am.,* No. 18CV01791JACH, 2019 WL 13204389, at *1 (E.D. Mo. June 3, 2019) (citing Mo R. Prof. Conduct 4-1.16(b)).

5. Where, as here, the moving party has obtained substitute counsel, this Court routinely grants motions to withdraw. *See, e.g.*, *Margulis v. Int'l Media LLC*, No.

4:23-CV-00121 SEP, 2023 WL 3019634, at *1 (E.D. Mo. Apr. 20, 2023) ("Lewis Rice's motion to withdraw from representation will be granted when substitute counsel enters an appearance, or on May 12, 2023, whichever comes first."); *Precision Rx Compounding, LLC v. Express Scripts Holding Co.,* No. 4:16-CV-69-RLW, 2018 WL 11656932, at *1 (E.D. Mo. June 28, 2018) (same).

6. As set forth above, Defendant has engaged Robb Hellwig of Stone, Leyton & Gershman and Kristine Brown and Donald Houser of Alston & Bird LLP to represent it in this lawsuit as a substitute for Gordon Rees.  Accordingly, Gordon Rees' withdrawal will not produce a material adverse effect on the interest of Defendant.

Dated: July 2, 2025                              Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jason Winslow*
Jason Winslow
211 N. Broadway Suite 2150
St. Louis, MO 63102
Tel: 314.797.7703
jwinslow@grsm.com

**STONE, LEYTON & GERSHMAN,**
**A PROFESSIONAL CORPORATION**

*/s/ Robb E. Hellwig*
Robb E. Hellwig, 60570(MO)
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
Tel: 314.721.7011
rhellwig@stoneleyton.com

**ALSTON & BIRD LLP**

*/s/ Kristine M. Brown*
Kristine McAlister Brown (*Pro Hac Vice* pending)

Donald M. Houser (*Pro Hac Vice* pending)
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309
Tel: 404-881-7000
kristy.brown@alston.com
donald.houser@alston.com

**Certificate of Service**

I hereby certify that on July 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

/s/_____Jason Winslow_____