# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION, ) ) ) ) This Document Relates to: All Matters ) ) ) | Master Case No. 4:24-cv-1509 |

## DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING MEDIATION

Defendant Thompson Coburn LLP ("Thompson Coburn"), by and through undersigned counsel, respectfully moves this Court to stay all proceedings in the above-captioned action until November 14, 2025, as the Parties have agreed to a mediation that has the potential to resolve this action in its entirety.  Plaintiffs and co-Defendant Presbyterian Healthcare Services do not oppose the relief sought in this Motion.  In support of this Motion, Thompson Coburn states as follows:

1. Following a cybersecurity event experienced by Thompson Coburn, eight putative class action lawsuits were filed in this Court in November 2024.  *See Salazar v. Thompson Coburn LLP et al.*, No. 4:24-cv-1509; *Tafoya v. Thompson Coburn LLP et al.*, No. 4:24-cv-1513; *Duran v. Thompson Coburn LLP et al.*, No. 4:24-cv-1518; *Mathiasen v. Thompson Coburn LLP*, No. 4:24-cv-1522; *Ortiz v. Thompson Coburn LLP et al.*, No. 4:24-cv-1529; *M.R. v. Thompson Coburn LLP*, No. 4:24-cv-01536; *Madrid v. Thompson Coburn LLP et al.*, No. 4:24-cv-1542; *Martinez v. Thompson Coburn LLP et al.*, No. 4:24-cv-1573.

2. On December 20, 2024, Plaintiffs filed a Motion to Consolidate the eight pending actions.  *See* ECF No. 19.

3. The Court granted the Motion to Consolidate on January 21, 2025, appointing Norman Siegel, Raina Borelli, Jeff Ostrow as interim co-lead counsel.  *See* ECF No. 24.

4. Plaintiffs filed a Consolidated Complaint on February 20, 2025.  *See* ECF No. 27.

5. Defendants filed motions to dismiss on March 24, 2025, which were fully briefed as of May 13, 2025.  *See* ECF Nos. 33 and 35.

6.	Recently, the Parties agreed to participate in private mediation before the Honorable Diane Welsh (Ret.), which is scheduled for November 5, 2025, in Philadelphia, Pennsylvania. Judge Welsh is a highly experienced mediator with extensive experience resolving data breach class actions. November 5 is the earliest date available on Judge Welsh's calendar, though the parties are hopeful that other dates may become available to provide the parties an opportunity to mediate on an earlier date.

7.	During the requested stay, Plaintiffs and Thompson Coburn have agreed to exchange information for the purpose of facilitating a productive mediation. This process will allow the Parties to enter negotiations on a fully informed basis for the purposes of meaningfully facilitating the settlement process.

8.	Thompson Coburn, with the consent of all Parties, respectfully requests that the Court stay this action, including all deadlines, pending the mediation as it has the potential to resolve this action completely.  The requested stay will conserve judicial resources because it will avoid the Court expending time and resources addressing matters that, in the event the mediation leads to a settlement, will be unnecessary.  It will similarly reduce costs, burden, and expense of the Parties.

9.	The Court has "broad discretion to stay proceedings when appropriate to control its docket." *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006). "A district court's broad discretion to stay proceedings is incidental to its power to control its own docket in consideration of the 'economy of time and effort for itself, for counsel, and for litigants.'" *Anheuser-Busch Companies Pension Plan v. Laenen*, No. 4:15 CV 1005 CDP, 2017 WL 1684730, at *1 (E.D. Mo. May 3, 2017).  A stay pending mediation is particularly appropriate because "the possibility of an amicable resolution [] outweighs the harm in delaying discovery, and the interests

of judicial economy favor such a resolution." *Burns v. EGS Fin. Care, Inc.*, 2016 WL 7535365, at *1 (E.D. Mo. Apr. 12, 2016) (granting motion to stay because the parties were in settlement discussions).

10. Here, all factors weigh in favor of granting Thompson Coburn's Motion and staying the action pending the November 5, 2025 mediation. The requested stay will potentially avoid the Court having to expend resources addressing matters that may prove unnecessary in the event the mediation leads to a settlement. The requested stay is limited in duration (approximately three (3) months). The stay will also allow the Parties to focus their time, resources, and efforts on preparing for and participating in mediation. The limited stay requested here will not prejudice the Parties. Finally, all Parties consent to the requested stay.

11. The Parties will notify the Court as to the results of the mediation via a joint status report no later than November 14, 2025.

12. This request for a stay is made in good faith and not for purposes of delay.

WHEREFORE, Thompson Coburn respectfully requests that the Court grant the Motion and enter an order staying this action until November 14, 2025.


Dated: August 25, 2025                                Respectfully submitted,


                                            **ALSTON & BIRD LLP**

                                            */s/ Kristine M. Brown*
                                            Kristine McAlister Brown (*Pro Hac Vice*)
                                            Donald M. Houser (*Pro Hac Vice*)
                                            1201 West Peachtree Street
                                            One Atlantic Center
                                            Atlanta, GA 30309
                                            Tel: 404-881-7000
                                            kristy.brown@alston.com
                                            donald.houser@alston.com

**STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION**

Robb E. Hellwig, 60570(MO)
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
Tel: 314.721.7011
rhellwig@stoneleyton.com

## Certificate of Service

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Kristine M. Brown*

5