IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION, | ) ) ) |
| This Document Relates to: All Matters | ) Master Case No. 4:24-cv-1509 ) ) ) |

## NOTICE OF RELATED CASE

Pursuant to Paragraph 5 of the Court's Order Consolidating Cases and Appointing Interim Class Counsel (ECF No. 24), Plaintiffs and Defendants hereby provide notice that the case styled *Martinez v. Presbyterian Healthcare Services et al.*, Case No. 4:25-cv-01263 was recently transferred to this District, arises out of the same or similar alleged operative facts as the Consolidated Action, and therefore should be consolidated with the Consolidated Action.

Dated: August 27, 2025                                          Respectfully submitted,

| | |
|---|---|
| /s/ Norman E. Siegel<br>Norman E. Siegel #44378 (MO)<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816-714-7100<br>siegel@stuevesiegel.com<br><br>Jeff Ostrow (pro hac vice)<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas Blvd. Suite 500<br>Fort Lauderdale, FL 33301<br>T: 954-525-4100<br>F: 954-525-4300<br>ostrow@kolawyers.com<br><br>Raina C. Borrelli (pro hac vice)<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610 | /s/ Kristine M. Brown<br>Kristine McAlister Brown (*Pro Hac Vice*)<br>Donald M. Houser (*Pro Hac Vice*)<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309<br>Tel: 404-881-7000<br>kristy.brown@alston.com<br>donald.houser@alston.com<br><br>Robb E. Hellwig, 60570(MO)<br>**STONE, LEYTON & GERSHMAN,**<br>**A PROFESSIONAL CORPORATION**<br>7733 Forsyth Blvd., Suite 500<br>St. Louis, Missouri 63105<br>Tel: 314.721.7011<br>rhellwig@stoneleyton.com<br><br>*Counsel for Thompson Coburn LLP* |

| | |
|---|---|
| Chicago IL, 60611<br>T: (872) 263-1100<br>F: (872) 263-1109<br>raina@straussborrelli.com<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Putative Class* | */s/ Daniel E. Raymond*<br>Daniel E. Raymond (*pro hac vice*)<br>70 West Madison Street<br>Suite 4200<br>Chicago, IL 60602<br>Tel: 312.583.2300<br>Fax: 312.583.2360<br>daniel.raymond@arnoldporter.com<br><br>Christopher Nease (MO Bar No. 57327)<br>700 Louisiana Street<br>Suite 4000<br>Houston, TX 77002<br>Tel: 713.576.2400<br>Fax: 713.576.2499<br>chris.nease@arnoldporter.com<br><br>Kenneth L. Chernof (*pro hac vice*)<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: 202.942.5000<br>Fax: 202.942.5999<br>ken.chernof@arnoldporter.com<br><br>*Counsel for Presbyterian Healthcare Services* |

## Certificate of Service

I hereby certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Kristine M. Brown*