## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION,<br><br>This Document Relates to: All Matters | )<br>)<br>)<br>)<br>)  Master Case No. 4:24-cv-1509<br>)<br>)<br>) |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit that:

1.      On August 25, 2025, Defendant Thompson Coburn LLP ("Thompson Coburn") moved the Court to stay all proceedings in the above-captioned action until November 14, 2025, as the Parties agreed to a mediation on November 5, 2025 with the potential to resolve this action in its entirety.  (ECF No. 56).

2.      On August 26, 2025, this Court granted the Motion to Stay and directed the Parties to file a joint status report on or before November 14, 2025.  (ECF No. 57).

3.      On November 5, 2025, the Parties engaged in a full-day mediation before the Honorable Diane Welsh (Ret.).

4.      No resolution was reached at the conclusion of the mediation, but the Parties are continuing to engage in good faith discussions to assess whether a mutually agreeable resolution is possible.

5.      As such, the Parties respectfully request that the Court continue to stay this litigation, including all deadlines, for approximately two additional weeks.

6.      The Parties will provide an update to the Court by joint status report no later than December 1, 2025.

Date: November 14, 2025                    Respectfully submitted,

| | |
|---|---|
| By: */s/ Norman E. Siegel* | By: */s/ Kristine M. Brown* |
| Norman E. Siegel #44378 (MO) | Kristine McAlister Brown (*Pro Hac Vice*) |
| Tanner J. Edwards #68039 (MO) | Donald M. Houser (*Pro Hac Vice*) |
| **STUEVE SIEGEL HANSON LLP** | **ALSTON & BIRD** |
| 460 Nichols Road, Suite 200 | 1201 W. Peachtree Street |
| Kansas City, Missouri 64112 | Ste 4900 |
| Telephone: 816-714-7100 | Atlanta, GA 30309 |
| siegel@stuevesiegel.com | 404-881-7000 |
| tanner@stuevesiegel.com | kristy.brown@alston.com |
| | donald.houser@alston.com |
| Jeff Ostrow (*pro hac vice*) | |
| **KOPELOWITZ OSTROW P.A.** | Robb E. Hellwig, 60570(MO) |
| One West Las Olas Blvd. Suite 500 | **STONE, LEYTON & GERSHMAN,** |
| Fort Lauderdale, FL 33301 | **A PROFESSIONAL CORPORATION** |
| T: 954-525-4100 | 7733 Forsyth Blvd., Suite 500 |
| F: 954-525-4300 | St. Louis, Missouri 63105 |
| ostrow@kolawyers.com | Tel: 314.721.7011 |
| | rhellwig@stoneleyton.com |
| Raina C. Borrelli (*pro hac vice*) | |
| **STRAUSS BORRELLI PLLC** | *Counsel for Defendant Thompson Coburn LLP* |
| 980 N. Michigan Avenue, Suite 1610 | |
| Chicago IL, 60611 | |
| T: (872) 263-1100 | |
| F: (872) 263-1109 | By: */s/ Daniel E. Raymond* |
| raina@straussborrelli.com | |
| | Daniel E. Raymond (*pro hac vice*) |
| | **ARNOLD & PORTER KAYE SCHOLAR** |
| *Interim Co-Lead Class Counsel* | **LLP** |
| | 70 West Madison Street |
| Andrew Shamis (SBN: 76124) | Suite 4200 |
| **SHAMIS AND GENTILE PA** | Chicago, IL 60602 |
| 14 N.E. 1st Ave Suite 705 | Tel: 312.583.2300 |
| Miami, FL 33132 | Fax: 312.583.2360 |
| T: 305-479-2299 | daniel.raymond@arnoldporter.com |
| F: 786-623-0915 | |
| ashamis@shamisgentile.com | Christopher Nease (MO Bar NO. 57327) |
| | **ARNOLD & PORTER KAYE SCHOLAR** |
| Leigh S. Montgomery* | **LLP** |
| **EKSM, LLP** | 700 Louisiana Street |
| 1105 Milford Street | Suite 4000 |
| Houston, Texas 77006 | Houston, TX 77002 |
| T: (888) 350-3931 | Tel: 713.576.2400 |

| | |
|---|---|
| F: (888) 276-3455<br>lmontgomery@eksm.com<br><br>Gary M. Klinger (*Pro Hac Vice*)<br>**MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br><br>Terence R. Coates*<br>Spencer D. Campbell<br>**MARKOVITS, STOCK &<br>DEMARCO, LLC**<br>119 East Court Street, Suite 530<br>Cincinnati, Ohio 45202<br>T: (513) 651-3700<br>tcoates@msdlegal.com<br>scampbell@msdlegal.com<br><br>William B. Federman<br>Jessica A. Wilkes*<br>**Federman & Sherwood**<br>10205 N. Pennsylvania Ave<br>Oklahoma City, OK 73120<br>T: (405) 235-1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com<br><br>Maureen Brady, #57800 (MO)<br>**MCSHANE & BRADY, LLC**<br>4006 Central Street<br>Kansas City, MO 64111<br>Telephone: (816) 888-8010<br>mbrady@mcshanebradylaw.com<br><br>Lori G. Feldman*<br>**GEORGE FELDMAN MCDONALD,<br>PLLC**<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>T: (917) 983-9321<br>lfeldman@4-justice.com | Fax: 713.576.2499<br>chris.nease@arnoldporter.com<br><br>Kenneth L. Chernof (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLAR<br>LLP**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: 202.942.5000<br>Fax: 202.942.5999<br>ken.chernof@arnoldporter.com<br><br><br>*Counsel for Defendant Presbyterian Healthcare<br>Services* |

| *Attorneys for Plaintiffs and the Proposed Class*<br><br>*\*Application for admission* pro hac vice *forthcoming* | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Kristine M. Brown*
Kristine McAlister Brown
