# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION<br><br>This Document Relates To: All Matters | Master File No. 4:24-cv-1509<br><br>**JOINT STATUS REPORT** |

The Parties, by and through their undersigned counsel, respectfully submit that:

1. On August 25, 2025, Defendant Thompson Coburn LLP ("Thompson Coburn") moved the Court to stay all proceedings in the above-captioned action until November 14, 2025, as the Parties agreed to a mediation on November 5, 2025 with the potential to resolve this action in its entirety. (ECF No. 56).

2. On August 26, 2025, this Court granted the Motion to Stay and directed the Parties to file a joint status report on or before November 14, 2025. (ECF No. 57).

3. On November 5, 2025, the Parties engaged in a full-day mediation before the Honorable Diane Welsh (Ret.).

4. Although no resolution was reached at the mediation, the Parties continued good faith negotiations and filed the ordered joint status report on November 14, 2025 requesting the stay remain in effect. (ECF No. 59).

5. On November 17, 2025, this Court ordered a continuation of the stay and directed the Parties to file a joint status report on or before December 15, 2025 (ECF No. 60).

6. The Parties are continuing to work toward a resolution that would result in the resolution of this dispute.

7. As such, the Parties respectfully request that the Court continue to stay this litigation, including all deadlines, for approximately four additional weeks, or until January 15, 2026.

8. The Parties will provide an update to the Court by joint status report no later than January 12, 2026.

Dated: December 15, 2025                                    Respectfully submitted,

| | |
|---|---|
| By: */s/ Norman E. Siegel*<br>Norman E. Siegel #44378 (MO)<br>Tanner J. Edwards #68039 (MO)<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816-714-7100<br>siegel@stuevesiegel.com<br>tanner@stuevesiegel.com<br><br>Jeff Ostrow (*pro hac vice*)<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas Blvd. Suite 500<br>Fort Lauderdale, FL 33301<br>T: 954-525-4100<br>ostrow@kolawyers.com<br><br>Raina C. Borrelli (*pro hac vice*)<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago IL, 60611<br>T: (872) 263-1100<br>raina@straussborrelli.com<br><br>*Interim Co-Lead Class Counsel* | By: */s/ Kristine M. Brown*<br>Kristine McAlister Brown (*Pro Hac Vice*)<br>Donald M. Houser (*Pro Hac Vice*)<br>**ALSTON & BIRD LLP**<br>1201 W. Peachtree Street, Ste. 4900<br>Atlanta, GA 30309<br>Tel: 404-881-7000<br>kristy.brown@alston.com<br>donald.houser@alston.com<br><br>Robb E. Hellwig, 60570(MO)<br>**STONE, LEYTON & GERSHMAN,<br>A PROFESSIONAL CORPORATION**<br>7733 Forsyth Blvd., Suite 500<br>St. Louis, Missouri 63105<br>Tel: 314.721.7011<br>rhellwig@stoneleyton.com<br><br>*Counsel for Defendant Thompson Coburn LLP*<br><br>By: */s/ Daniel E. Raymond*<br>Daniel E. Raymond (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLAR LLP**<br>70 West Madison Street, Ste. 4200<br>Chicago, IL 60602<br>Tel: 312.583.2300<br>daniel.raymond@arnoldporter.com |

| | |
|---|---|
| Andrew Shamis (SBN: 76124)<br>**SHAMIS AND GENTILE PA**<br>14 N.E. 1st Ave Suite 705<br>Miami, FL 33132<br>T: 305-479-2299<br>ashamis@shamisgentile.com<br><br>Leigh S. Montgomery<br>**EKSM, LLP**<br>1105 Milford Street<br>Houston, Texas 77006<br>T: (888) 350-3931<br>lmontgomery@eksm.com<br><br>Gary M. Klinger (*Pro Hac Vice*)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com<br><br>Terence R. Coates<br>Spencer D. Campbell<br>**MARKOVITS, STOCK & DEMARCO, LLC**<br>119 East Court Street, Suite 530<br>Cincinnati, Ohio 45202<br>T: (513) 651-3700<br>tcoates@msdlegal.com<br>scampbell@msdlegal.com<br><br>William B. Federman<br>Jessica A. Wilkes<br>**Federman & Sherwood**<br>10205 N. Pennsylvania Ave<br>Oklahoma City, OK 73120<br>T: (405) 235-1560<br>wbf@federmanlaw.com<br>jaw@federmanlaw.com | Christopher Nease (MO Bar NO. 57327)<br>**ARNOLD & PORTER KAYE SCHOLAR LLP**<br>700 Louisiana Street, Ste. 4000<br>Houston, TX 77002<br>Tel: 713.576.2400<br>chris.nease@arnoldporter.com<br><br>Kenneth L. Chernof (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLAR LLP**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>Tel: 202.942.5000<br>ken.chernof@arnoldporter.com<br><br>*Counsel for Defendant Presbyterian Healthcare Services* |

| | |
|---|---|
| Maureen Brady, #57800 (MO)<br>**MCSHANE & BRADY, LLC**<br>4006 Central Street<br>Kansas City, MO 64111<br>Telephone: (816) 888-8010<br>mbrady@mcshanebradylaw.com<br><br>Lori G. Feldman<br>**GEORGE FELDMAN MCDONALD, PLLC**<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>T: (917) 983-9321<br>lfeldman@4-justice.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | |