IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION,<br><br>This Document Relates to: All Matters | )<br>)<br>)<br>)<br>) Master Case No. 4:24-cv-1509<br>)<br>)<br>)<br>) |

# JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit that:

1. On August 25, 2025, Defendant Thompson Coburn LLP ("Thompson Coburn") moved the Court to stay all proceedings in the above-captioned action until November 14, 2025, as the Parties agreed to a mediation on November 5, 2025 with the potential to resolve this action in its entirety. (ECF No. 56).

2. On August 26, 2025, this Court granted the Motion to Stay and directed the Parties to file a joint status report on or before November 14, 2025. (ECF No. 57).

3. On November 5, 2025, the Parties engaged in a full-day mediation before the Honorable Diane Welsh (Ret.).

4. Although no resolution was reached at the mediation, the Parties continued good faith negotiations and filed the ordered joint status report on November 14, 2025 requesting the stay remain in effect. (ECF No. 59).

5. On November 17, 2025, this Court ordered a continuation of the stay and direct the Parties to file a joint status report on or before December 15, 2025. (ECF No. 60).

6. On December 15, 2025, the Parties filed a second joint status report, indicating that they were continuing to work toward a resolution that would result in the resolution of this dispute.

The Parties requested an extension of the stay through January 12, 2026. (ECF No. 61). The Court granted that request on December 16, 2025. (ECF No. 62).

7. The Parties are continuing to work toward a resolution that would result in the resolution of this dispute. As such, the Parties respectfully request that the Court continue to stay this litigation, including all deadlines, until February 12, 2026.

8. The Parties will provide an update to the Court by joint status report no later than February 10, 2026.

Date: January 12, 2026                                                                 Respectfully submitted,

| By: */s/ Raina C. Borrelli* | By: */s/ Kristine M. Brown* |
|---|---|
| Norman E. Siegel #44378 (MO)<br>Tanner J. Edwards #68039 (MO)<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816-714-7100<br>siegel@stuevesiegel.com<br>tanner@stuevesiegel.com<br><br>Jeff Ostrow (*pro hac vice*)<br>**KOPELOWITZ OSTROW P.A.**<br>One West Las Olas Blvd. Suite 500<br>Fort Lauderdale, FL 33301<br>T: 954-525-4100<br>F: 954-525-4300<br>ostrow@kolawyers.com<br><br>Raina C. Borrelli (*pro hac vice*)<br>**STRAUSS BORRELLI PLLC**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago IL, 60611<br>T: (872) 263-1100<br>F: (872) 263-1109<br>raina@straussborrelli.com<br><br>*Interim Co-Lead Class Counsel* | Kristine McAlister Brown (*Pro Hac Vice*)<br>Donald M. Houser (*Pro Hac Vice*)<br>**ALSTON & BIRD**<br>1201 W. Peachtree Street<br>Ste 4900<br>Atlanta, GA 30309<br>404-881-7000<br>kristy.brown@alston.com<br>donald.houser@alston.com<br><br>Robb E. Hellwig, 60570(MO)<br>**STONE, LEYTON & GERSHMAN,**<br>**A PROFESSIONAL CORPORATION**<br>7733 Forsyth Blvd., Suite 500<br>St. Louis, Missouri 63105<br>Tel: 314.721.7011<br>rhellwig@stoneleyton.com<br><br>*Counsel for Defendant Thompson Coburn LLP*<br><br>By: */s/ Daniel E. Raymond*<br><br>Daniel E. Raymond (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLAR LLP** |

2

Andrew Shamis (SBN: 76124)
**SHAMIS AND GENTILE PA**
14 N.E. 1st Ave Suite 705
Miami, FL 33132
T: 305-479-2299
F: 786-623-0915
ashamis@shamisgentile.com

Leigh S. Montgomery*
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
T: (888) 350-3931
F: (888) 276-3455
lmontgomery@eksm.com

Gary M. Klinger (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Terence R. Coates*
Spencer D. Campbell
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
T: (513) 651-3700
tcoates@msdlegal.com
scampbell@msdlegal.com

William B. Federman
Jessica A. Wilkes*
**Federman & Sherwood**
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
T: (405) 235-1560
wbf@federmanlaw.com
jaw@federmanlaw.com

Maureen Brady, #57800 (MO)
**MCSHANE & BRADY, LLC**

70 West Madison Street
Suite 4200
Chicago, IL 60602
Tel: 312.583.2300
Fax: 312.583.2360
daniel.raymond@arnoldporter.com

Christopher Nease (MO Bar NO. 57327)
**ARNOLD & PORTER KAYE SCHOLAR LLP**
700 Louisiana Street
Suite 4000
Houston, TX 77002
Tel: 713.576.2400
Fax: 713.576.2499
chris.nease@arnoldporter.com

Kenneth L. Chernof (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLAR LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel: 202.942.5000
Fax: 202.942.5999
ken.chernof@arnoldporter.com

*Counsel for Defendant Presbyterian Healthcare Services*

3

| | |
|---|---|
| 4006 Central Street<br>Kansas City, MO 64111<br>Telephone: (816) 888-8010<br>mbrady@mcshanebradylaw.com<br><br>Lori G. Feldman*<br>**GEORGE FELDMAN MCDONALD, PLLC**<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>T: (917) 983-9321<br>lfeldman@4-justice.com<br><br>*Attorneys for Plaintiffs and the Proposed Class*<br><br>*\*Application for admission* pro hac vice *forthcoming* | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

/s/ *Kristine M. Brown*
Kristine McAlister Brown