IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION,<br><br>This Document Relates to: All Matters | Master Case No. 4:24-cv-01509-HEA |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs, Jason Salazar, Kristin Tafoya, Denise Sandoval Duran, Heidi Mathiasen, Paula Ortiz, Kristen Cochrane, Mary Martinez, Mikah Wuorine, and M.R. and D.L., by and through their next of friend Johnny Madrid, voluntarily dismiss this action against Defendants, Thompson Coburn LLP and Presbyterian Healthcare Services, without prejudice.

Dated: February 10, 2026.

By: */s/ Jeff Ostrow*
Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100
ostrow@kolawyers.com

Norman E. Siegel #44378 (MO)
Tanner J. Edwards #68039 (MO)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
siegel@stuevesiegel.com
tanner@stuevesiegel.com

Raina C. Borrelli (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

*Interim Co-Lead Class Counse*

1

**CERTIFICATE OF SERVICE**

      I certify that on February 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and it was served thereby on all counsel of record.

      */s/ Jeff Ostrow*
      Jeff Ostrow