## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: THOMPSON COBURN DATA SECURITY LITIGATION,<br><br>This Document Relates to: All Matters | Master Case No. 4:24-cv-01509-HEA |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff, Jesse Martinez, voluntarily dismisses this action against Defendants, Thompson Coburn LLP and Presbyterian Healthcare Services, without prejudice.

Dated: February 13, 2026.

By: */s/ Jeff Ostrow*
Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100
ostrow@kolawyers.com

Norman E. Siegel #44378 (MO)
Tanner J. Edwards #68039 (MO)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
siegel@stuevesiegel.com
tanner@stuevesiegel.com

Raina C. Borrelli (pro hac vice)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

*Interim Co-Lead Class Counse*

1

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, and it was served thereby on all counsel of record.

*/s/ Jeff Ostrow*
Jeff Ostrow

2